UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**BRANDON ORTEGO**  **CIVIL ACTION NO.  6:10-cv-1516**
    **FED. REG. #13489-035**
**VS.**  **SECTION P**

    **JUDGE TUCKER L. MELANÇON**

**WARDEN T. BANKS**  **MAGISTRATE JUDGE PATRICK L. HANNA**

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 16th day of November, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE